IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | |
| AMIN A. RASHID, : | NO. 08-493 |
|       Defendant. : | |

# ORDER

**AND NOW**, this 9th day of October 2012, upon consideration of Defendant's Motion for a New Trial (Doc. No. 278), the Government's response in opposition thereto (Doc. No. 301), Defendant's reply (Doc. No. 302), and the record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Defendant's Motion for Return of United States Passports (Doc. No. 303), Motion for Issuance of Certificate of Innocence (Doc. No. 304), and Motion for Bail (Doc. No. 309) are **DISMISSED as moot.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**